# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cr-00064-LAP-12 |
| Ezequil Nin | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ezequil Nin

Date:   08/11/2016

*Attorney's signature*

Alain V. Massena (9229)
*Printed name and bar number*

305 Broadway, Suite 1001
New York, NY 10007
*Address*

avm@massenalaw.com
*E-mail address*

212-766-1700
*Telephone number*

212-766-1701
*FAX number*